Richard M. Garbarini (RG 5496)
GARBARINI FITZGERALD P.C.
250 Park Ave, 7th Floor
New York, New York 10177
Phone: (212) 300-5358
Fax: (888) 265-7054

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

CHARMING BEATS LLC,      Case No.: 21-cv-4723

          Plaintiff,      **NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)**

  v.

MILLION AIR INC.,

          Defendant.
-----------------------------------------------------------------x

Pursuant to Fed.R.Civ.P 41 (a)(1)(A)(i) plaintiff hereby serves notice that the above-captioned matter is dismissed without prejudice. Each party is responsible for its own attorneys' fees and costs.

Dated: September 21, 2021      **GARBARINI FITZGERALD P.C.**
      New York, New York

                                                                    Richard M. Garbarini

                                                                   **SO ORDERED.**

                                                                     s/ WFK

Dated: September 21, 2021      HON. WILLIAM F. KUNTZ, II
      Brooklyn, New York      UNITED STATES DISTRICT JUDGE